IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD P. BROWN, SR. | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| TERENCE FARRELL, et al. | : NO. 16-3097 |
| Defendants. | : |

## ORDER

AND NOW, this 30th day of March, 2017, upon consideration of the unopposed motion to dismiss of defendants Terence Farrell, Edward McFadden, and Morgan Taylor (Doc. No. 22) and the unopposed motion to dismiss of defendants Karen Murphy and Prime Care Medical Inc. (Doc. No. 23), **IT IS HEREBY ORDERED** that:

1. The motion to dismiss of defendants Terence Farrell, Edward McFadden, and Morgan Taylor (Doc. No. 22) is **GRANTED**.

2. All claims against defendants Terence Farrell, Edward McFadden, and Morgan Taylor are **DISMISSED with prejudice**.

3. The motion to dismiss plaintiff's claims against defendant Karen Murphy (Doc. No. 23) is **DENIED**.

4. The motion to dismiss plaintiff's claims against defendant Prime Care Medical Inc. (Doc. No. 23) is **GRANTED**.

5. All claims against defendant Prime Care Medical Inc. are **DISMISSED without prejudice**. Plaintiff may amend his claims against Prime Care Medical Inc. by

filing an amended complaint against only defendant Prime Care Medical Inc. within thirty (30) days of the date of this Order.

BY THE COURT

_____
LAWRENCE F. STENGEL, J.