IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD P. BROWN, SR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 16-3097 |
| | : | |
| KAREN MURPHY, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 19th day of October 2017, upon consideration of the defendant's motion for summary judgment (Doc. No. 35), IT IS HEREBY ORDERED that:

1. The defendant's motion is **GRANTED**.

2. In accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby **ENTERED** in favor of the defendant and against the plaintiff.

3. The Clerk of Court is directed to mark this case **CLOSED** for all purposes.

IT IS FURTHER ORDERED that the defendant's motion to compel (Doc. No. 37) is **DENIED** as moot, and the plaintiff's requests for counsel and request for an extension of time to obtain counsel (Doc. Nos. 33, 36, and 39) are **DENIED** as moot, not only as of this ruling but also because Mr. Brown remained on the Prisoner Civil Rights Panel as of his July 5, 2017 and Sept. 13, 2017 requests (Doc. Nos. 33, 36) and for four months total.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.